AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

NAJA GIBBONS,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 4:26-cv-90

NATURALS2GO, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order dated June 29, 2026, this case is dismissed without

prejudice and stands closed.



June 29, 2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*James R. Burrell*

*(By) Deputy Clerk*

GAS Rev 10/2020